UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 17 AM 8:35



| UNITED STATES OF AMERICA, | CASE NO. 11cr3070-JLS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Cornelio Rojas Santiago (2), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

21:952 and 960 ; 18:2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/9/11

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE